UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00536-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GUADALUPE ROCHA,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the parties' Joint Status Report and Third Unopposed Motion to Exclude Time and for Ends of Justice Continuance Under the Speedy Trial Act, filed February 13, 2012 [ECF No. 19].

Defendant is charged in a one count indictment with unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1). If convicted, Defendant faces a mandatory minimum sentence of 15 years.

On September 9, 2011, I granted Defendant's request for a 60 day extension of the speedy trial deadlines pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). I found that due to the passage of time since seizure of the firearms, and Defendant's need to locate and interview material witnesses, the failure to grant a continuance in this case, which I did not find complex, would deny the Defendant and counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due

diligence.

On November 22, 2011, I granted a second request for continuance and ordered that an additional 90 days be excluded from the speedy trial deadlines. I found that an additional continuance was warranted based on Defendant's continuing need to locate and interview material witnesses, and the fact that Defendant is currently appealing a 150 year sentence he received in connection with a 2011 conviction in Colorado State court, the outcome of which will affect his decision on how to proceed in this case.

In the instant motion, Defendant seeks an additional 120 day continuance. In support of this request, Defendant notes that his state court appeal remains pending, and that his state appellate counsel has not yet reviewed the record to determine the merits of the issues raised on appeal. Defendant's state appellate counsel has informed Defendant's counsel in the instant case that she is unable to review the record for several months. Counsel for Defendant states that without more information concerning the merits of his state court appeal, she cannot fully advise Defendant as to how to proceed in this case.

Having carefully considered Defendant's request and the controlling law, and being fully advised in the premises, I find that an additional ends of justice continuance is appropriate under § 3161(h)(7)(A) and (B)(iv). I find that the failure to grant a additional continuance in this case, which I do not find complex, would deny the Defendant and counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Based on the foregoing, it is

ORDERED that the Third Unopposed Motion to Exclude Time and for Ends of Justice Continuance Under the Speedy Trial Act, filed February 13, 2012 [ECF No. 19], is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). In accordance therewith, it is

FURTHER ORDERED that an additional **(120) one hundred twenty days** are excluded from the speedy trial deadlines. It is

FURTHER ORDERED that the parties shall file a joint status report on or before **Friday, June 8, 2012.**

Dated: February 16, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge